UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

AMON ALEXANDER-HASSA WILLIS,

    Plaintiff,

v.

ERICA HUSS, et al.,

    Defendants.

_____/

Case No. 2:22-cv-211

HONORABLE PAUL L. MALONEY

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant Ruth Jones filed a motion to dismiss (ECF No. 25). Defendants Dr. Eric Change and Amy Westcomb also filed a motion to dismiss (ECF No. 26). The matters were referred to the Magistrate Judge, who issued a Report and Recommendation on April 21, 2023, recommending that this Court grant Jones's motion in part and deny the motion in part, and that the Court deny Chang and Westcomb's motion in its entirety. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 42) is APPROVED and ADOPTED as the Opinion of the Court.

    **IT IS FURTHER ORDERED** that the Motion to Dismiss filed by Defendant Ruth Jones (ECF No. 25) is GRANTED IN PART AND DENIED IN PART. Specifically, the motion is denied solely with respect to Plaintiff's claim (set forth primarily in ¶ 132) that Defendant Jones failed to assist Plaintiff and caused him to lie in his own feces for hours on an unspecified date or

dates.  The motion is granted with respect to the remainder of Plaintiff's claims against Defendant Jones.

    **IT IS FURTHER ORDERED** that the Motion to Dismiss filed by Defendants Dr. Eric Change and Amy Westcomb (ECF No. 26) is DENIED.

    **IT IS FURTHER ORDERED** that Plaintiff shall file an amended complaint that complies with the requirements of Rule 8 of the Federal Rules of Civil Procedure within 21 days of the date of this order.

Dated:  May 15, 2023                                                   /s/  Paul L. Maloney  
                                                                              Paul L. Maloney  
                                                                              United States District Judge