UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

AMON ALEXANDER-HASSA WILLIS,

    Plaintiff,

v.

    Case No. 2:22-cv-211

    HONORABLE PAUL L. MALONEY

ERICA HUSS, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants Dr. Chang and P.A. Westcomb filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 10, 2024, recommending that this Court grant the motion in part and deny the motion in part. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 104) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 82) is GRANTED IN PART AND DENIED IN PART.

**IT IS FURTHER ORDERED** that Defendant Dr. Chang is dismissed from this lawsuit without prejudice.

2

**IT IS FURTHER ORDERED** that all claims against P.A. Westcomb are dismissed, except for Plaintiff's claim that P.A. Westcomb failed to provide him with a bottom bunk to accommodate his medical needs.

The following claims remain:

1. Count I against Defendants Brennan and Cobb;

2. Count II against Defendant Huss (limited to visitation), Jones (limited to causing Plaintiff to lie in his own feces), Erickson and James;

3. Count III against Defendant Cavin;

4. Count V against Defendant Westcomb (limited to bottom bunk); and

5. Counts VI and VII against Defendant MDOC.

Dated:  May 2, 2024                                         /s/  Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          United States District Judge