UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

AMON ALEXANDER-HASSA WILLIS,

    Plaintiff,

v.

ERICA HUSS, et al.,

    Defendants.

_____/

Case No. 2:22-cv-211

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant Ruth Jones filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 20, 2025, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 151) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 131) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Ruth Jones are DISMISSED WITH PREJUDICE.

Dated: July 15, 2025

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge